PS 42
(Rev 07/93)

> US DISTRICT COURT
> DISTRICT OF NEBRASKA
> JAN 23 2015
> OFFICE OF THE CLERK

# United States District Court
District of Nebraska

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Michael Barton | ) | Case No. 8:14CR330 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Barton, have discussed with Lisa L. Caviness, Pretrial Services Officer, modification of my release as follows:

Condition (8)(k) is no longer in effect. The defendant will now be residing at home.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-22-15   _____  1-22-15
Signature of Defendant      Date      Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  1-22-15
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on 1/22/15

[ ] The above modification of conditions of release is not ordered.

_____  1/23/15
Signature of Judicial Officer   Date